UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| NORMAN OETH JR; | ) | |
| | ) | |
| Plaintiff, | ) | No. 09 C 1407 |
| | ) | |
| vs. | ) | Judge Mihm |
| | ) | |
| KNOX COUNTY; et al., | ) | |
| | ) | |
| Defendants. | ) | |

**APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S
RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Norman Oeth Jr.'s Deposition.................................................... 1
Defendant Jason Morton's Deposition..................................................... 2
Defendant Michael Ingles's Deposition..................................................... 3
Circuit Court of The Ninth Judicial Circuit Knox County Information .................... 4

Louis J. Meyer
Jackowiak Law Offices
20 North Clark Street, Suite 1700
Chicago, Illinois  60602
(312) 795-9595
*Counsel for the Plaintiff*