# EXHIBIT 4

4-8-09 VRLM 1-09 -L-

## IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
## KNOX COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS, )
        Plaintiff, )
       71688 )
vs. ) Case No. 09-CF 127
   ) D.O.B. 6/25/1977
NORMAN OETH, JR., )
        Defendant. )

### INFORMATION

Now comes ERIK R. GIBSON, Knox County Assistant State's Attorney, in the name and by the authority of the People of the State of Illinois, and prosecutes on behalf of said People and informs the Court that

**NORMAN OETH, JR.**

on or about 3/5/2009, within the County of Knox, committed the offenses of:

### COUNT I

DRIVING A VEHICLE WHILE UNDER THE INFLUENCE OF ALCOHOL (CLASS 4), in that the defendant drove a 1992 red Chevy Blazer on and upon North Allens Avenue near Mulberry Street in Galesburg, Knox County, Illinois, a public highway in the State of Illinois, while under the influence of alcohol and when the defendant knew or should have known that the vehicle he was driving was not covered by a liability insurance policy, in violation of 625 ILCS 5/11-501(D)(1)(H).

### COUNT II

RESISTING A PEACE OFFICER (Class A), in that the said defendant knowingly resisted the performance of Deputy Brad Abernathy and Sergeant Jason Morton of an authorized act within their official capacity, being the detention of said defendant in the holding cell, knowing Deputy Abernathy and Sergeant Morton to be peace officers engaged in the execution of their official duties, in that the said defendant failed to obey commands, and using the wall to push himself away from the peace officer and swinging his hands to defeat the officers attempts to restrain him, in violation of 720 ILCS 5/31-1.

**FILED**
KNOX CO., IL
MAR - 6 2009
KELLY CHEESMAN
Clerk of the Circuit Court
_____Deputy

Oeth1

KNOX COUNTY STATE'S ATTORNEY

_____
Erik R. Gibson, Assistant State's Attorney

STATE OF ILLINOIS )
) SS
COUNTY OF KNOX )

ERIK R. GIBSON being first duly sworn on oath, deposes and says that the contents of the foregoing Information against NORMAN OETH, JR. are true and correct to the best of his knowledge and belief.

_____
Erik R. Gibson, Assistant State's Attorney

SWORN and SUBSCRIBED before me this 6th day of March, 2009.

_Stacy L. Dutton_
NOTARY PUBLIC

"OFFICIAL SEAL"
STACY L. DUTTON
Notary Public, State Of Illinois
My Commission Expires 08/03/09

Knox County State's Attorney
Knox County Courthouse
200 South Cherry Street
Galesburg, IL 61401
309/345-3880